**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| **DOUGLAS L. FRYER,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:22-cv-03455 |
| | : | |
| v. | : | **Chief Judge Algenon L. Marbley** |
| | : | **Magistrate Judge Karen L. Litkovitz** |
| | : | |
| **WARDEN, MARION CORRECTIONAL INSTITUTION,** | : | |
| | : | |
| Defendant. | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the February 7, 2024 Order, the Court ADOPTED the Report and Recommendation, DENIED with prejudice Petitioner's Petition for Writ of Habeas Corpus and DECLINED to issue a certificate of appealability and CERTIFIED to the Sixth Circuit that any appeal would be objectively frivolous and should not be permitted to proceed.

**Date: February 7, 2024**       **Richard W. Nagel, Clerk**

                                                  s/Diane M. Stash
                                         Diane M. Stash/Deputy Clerk